# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PAULINA TAVERA

VERSUS

CITY OF BATON ROUGE, PARISH
OF EAST BATON ROUGE

NO.   2024 CW 0841

**DECEMBER 16, 2024**

---

In Re:   The City of Baton Rouge/Parish of East Baton Rouge,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 696804.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT